IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TY'JUAN LAMONT JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:11-cv-1031-TMH |
| | ) | [wo] |
| VICTORIOUS FELDER, CO., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION and ORDER**

On September 6, 2012, the Magistrate Judge filed a Recommendation in this case (Doc. 27) that upon a suggestion of death for Plaintiff Jones filed May 30, 2012, (Doc. 23) that Plaintiff Jones be DISMISSED as a party pursuant to F.R.C.P. 25 and that this action be DISMISSED with prejudice, no costs taxed.  Accordingly,

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be DISMISSED with prejudice, no costs taxed.

DONE this 3d day of October, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE